IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR114 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CARL DEPRIEST WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for leave to file pretrial motions out of time (Filing No. 13).

The pretrial motion deadline expired on May 29, 2007. On June 1, 2007, trial was scheduled for June 26, 2007. (Filing No. 11.) On June 8, 2007, the Defendant filed a motion for leave to file pretrial motions out of time (Filing No. 13) and a motion to suppress and accompanying brief (Filing Nos. 14, 15). The Court concludes that the reasons set out in the motion for leave to file pretrial motions out of time do not constitute good cause. Moreover, the Court notes that the request was made after the expiration of the time for filing pretrial motions and after trial was scheduled. Allowing consideration of the motion to suppress would likely result in a continuation of the trial date. Therefore, the motion for leave and motion to suppress will be denied.

IT IS ORDERED:

1. The Defendant's for leave to file pretrial motions out of time (Filing No. 13) is denied; and

2. The Defendant's motion to suppress (Filing No. 14) is denied as moot.

DATED this 11th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge