IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                             )<br>                     Plaintiff,           )<br>                                                             )<br>       vs.                                            )<br>                                                             )<br>CARL DEPRIEST WILLIAMS,          )<br>                                                             )<br>                     Defendant.        ) | 8:07CR114<br><br>ORDER |

This matter is before the court on the motion to continue by defendant Carl Depriest Williams (Williams) (Filing No. 17). Williams seeks a continuance of the trial of this matter which is scheduled for June 26, 2007, and an extension of the pretrial motion deadline. Williams's counsel represents that counsel for the government has no objection to the motion. Williams consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Williams's motion to continue trial (Filing No. 17) is granted. Williams is given **until July 16, 2007**, in which to file any pretrial motions.

2. Trial of this matter will be re-scheduled following the disposition of any pretrial motions. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 18, 2007 and the July 16, 2007,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that the defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge